IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LUIS MANUEL ORTIZ,<br><br>                Defendant. | **4:16CR3119**<br><br>**ORDER** |

The court previously held that the no condition or combination of conditions of release will reasonably assure Defendant's appearance at court proceedings and the safety of the community if Defendant was released. (Filing No. 14). The court finds the Defendant's proposed plan for release to treatment, (Filing No. 20), does not sufficiently ameliorate those risks. Specifically, Defendant has a significant history of failing to appear and failing to comply with court orders. Release to a non-custodial treatment facility does not ameliorate the significant risk of nonappearance as reflected in Defendant's criminal history.

Accordingly,

IT IS ORDERED that Defendant's motion for release to treatment, (Filing No. 20), is denied.

January 19, 2017.

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge